No. 6,400.—BOARD OF COMMISSIONERS OF FLATHEAD IRRIGATION DISTRICT, RESPONDENT, *v.* ALMON HOCKER ET AL., APPELLANTS.

Decided October 1, 1928.

PER CURIAM.—Pursuant to stipulation of counsel it is ordered that the appeal in the above-entitled cause be dismissed.

*Mr. John P. Swee* and *Messrs. Walchli & Korn,* for Appellants.

*Mr. Walter L. Pope,* for Respondent.